UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
    )
   v.    )     CRIMINAL NO. 06-10284-WGY
    )
ROBERTO PULIDO    )

DEFENDANT'S SUPPLEMENTAL REPLY TO
GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION FOR COMPASSIONATE RELEASE

Defendant Roberto Pulido respectfully submits this supplement to his reply to the government's Opposition to Defendant's Motion for Compassionate Release, DE 340, to bring to the Court's attention two cases granting compassionate release to inmates at FCI Milan, where Mr. Pulido now is imprisoned. *See United States v. Joshua White*, No. 2:13-cr-20653-MFL-MAR, DE 54, 2020 WL 2557077 (E.D.Mich. May 20, 2020) (attached as Exhibit 1); *United States v. Atwi*, ___ F.Supp.3d __, No. 18-20607, 2020 WL 1910152 (E.D.Mich. April 20, 2020) (attached as Exhibit 2).

The *White* court granted release to an obese defendant suffering from hypertension, based on his inability "'to provide self-care within the environment of'' FCI Milan because he 'is unable to practice effective social distancing and hygiene to minimize [his] risk of exposure.'" *White,* 2020 WL 2557077, at *5 (citation omitted). The court concluded that, despite the declining number of positive diagnoses at Milan, "the continued presence of the virus at the facility suggests it presents an ongoing risk, especially to vulnerable prisoners such as White." *Id.*

The *Atwi* court granted release to a recently sentenced FCI Milan inmate diagnosed with

latent tuberculosis, noting,

> The Court recognizes the unprecedented magnitude of this health crisis. And Michigan has
> been hit especially hard, consistently remaining among the top four states in the number of
> residents infected and who have died from the virus. *See* N.Y. Times, Coronavirus in the
> U.S.: Latest Map and Case Count, https://nyti.ms/3a6vEnp (last visited Apr. 17, 2020).
> There can be little doubt that incarcerated individuals face an even greater risk of
> transmission, given the conditions frequently present in correctional and detention
> facilities. *See United States v. Kennedy*, No. 18-20315, ––– F.Supp.3d ––––, ––––, 2020
> WL 1493481, at *2, 2020 U.S. Dist. LEXIS 53359 at *4 (E.D. Mich. Mar. 27, 2020).
> These conditions include, among other things, the highly congregational environment, the
> limited ability of incarcerated persons to exercise effective disease prevention measures
> (e.g., social distancing and frequent handwashing), and potentially limited onsite
> healthcare services. *Id.*

*Atwi*, 2020 WL 1910152 at *4.

The *Atwi* court acknowledged the government's argument "that FCI Milan has put in

place aggressive measures to prevent the spread of COVID-19," but cited the "relatively large

number" of diagnosed cases at Milan. *Id.* "Positive cases among federal prisoners continue to

rise, and it does not appear that preventative measures are sufficiently working yet to flatten the

curve in BOP facilities. *See* Walter Pavlo, "Federal Bureau Of Prisons Institutions Not Showing

Any Signs Of 'Flattening Curve,' " Forbes, https://bit.ly/2RL1fF2." *Atwi*, 2020 WL 1910152 at

*4. The Court cited the fact that "Atwi has been diagnosed with an infection, which, although it

is not currently serious, could make him more susceptible to COVID-19 and serious health

consequences." *Id*. at *5.

As of May 22, the BOP website reflects the following information for FCI Milan:

| Facility | Inmates Positive ▾ | Staff Positive | Inmate Deaths | Staff Deaths | Inmates Recovered | Staff Recovered | City | State |
|---|---|---|---|---|---|---|---|---|
| Milan FCI | 3 | 3 | 3 | 0 | 68 | 53 | Milan | MI |

https://www.bop.gov/coronavirus/. Thus, a total of 71 Milan inmates and 56 staff members have been diagnosed with the virus. This reflects an increase in the number of inmates testing positive since the government filed the Declaration of Daniel Clore, DE 340-1 ("Clore Dec."), which reported a total of 67 inmates diagnosed with the virus. Clore Dec., ¶ 24.

The BOP website does not report the total number of inmates and staff who have been tested. Mr. Clore reported that inmates displaying symptoms of COVID-19 are evaluated before a decision is made to test them. Clore Dec., ¶ 22. Since asymptomatic individuals may carry the virus, the extent to which the virus has permeated the prison is unknown without widespread testing. *See* Monica Gandhi, M.D., M.P.H., Deborah S. Yokoe, M.D., M.P.H., Diane V. Havlir, M.D, "Asymptomatic Transmission, the Achilles' Heel of Current Strategies to Control Covid-19." THE NEW ENGLAND JOURNAL OF MEDICINE (April 24, 2020),

https://www.nejm.org/doi/full/10.1056/NEJMe2009758?query=recirc_curatedRelated_article.


ROBERTO PULIDO
By his attorney,

*/s/ Miriam Conrad*

Miriam Conrad
  B.B.O. # 550223
**Temporary Address:**
Federal Defender Office
PO Box 51268
Boston, MA 02205
Tel. 617-223-8061


CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system on May 14, 2020, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as nonregistered participants on May 22, 2020.

*/s/ Miriam Conrad*